IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CHAPTER 11 |
| APPROACH RESOURCES INC., *et al.*, | § § | CASE NO. 19-36444 (MI) |
| | § | |
| Debtors.[1] | § § | (Jointly Administered) |

---

NOTICE OF AGENDA FOR EMERGENCY HEARING SCHEDULED
FOR DECEMBER 27, 2019 AT 9:00 AM (PREVAILING CENTRAL TIME)

**PLEASE TAKE NOTICE** that Approach Resources Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), file this agenda for matters set for emergency hearing on December 27, 2019 at 9:00 a.m. (prevailing Central Time).

1. **Non-Insider Annual Bonus Motion:** *Emergency Motion of the Debtors for an Order (i) Authorizing and Approving the Debtors' Non-insider Annual Bonus Program Pursuant to 11 U.S.C. §§ 105, 363, and 503; and (ii) Granting Related Relief* [Dkt. No. 133].

   **Responses**:

   i. The Office of the United States Trustee indicated that it does not oppose the relief requested. The Debtors received an informal comment from the debtor-in-possession lenders (the "Bank Group") requesting addition of language to the proposed order to clarify that the proposed order is subject to the interim and final orders approving the use of cash collateral and debtor-in-possession financing. Such language has been added to the proposed order. The Debtors received no other responses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Approach Resources Inc. (4817); Approach Midstream Holdings LLC (4122); Approach Oil & Gas Inc. (7957); Approach Operating, LLC (1981); Approach Delaware, LLC (7483); Approach Services, LLC (3806); and Approach Resources I, LP (5316). The Debtors' mailing address is One Ridgmar Centre, 6500 West Freeway, Suite 800, Fort Worth, Texas 76116.

**Related Documents**:

i. *Declaration of Sergei Krylov in Support of Emergency Motion of the Debtors for an Order (i) Authorizing and Approving the Debtors' Non-insider Annual Bonus Program Pursuant to 11 U.S.C. §§ 105, 363, and 503; and (ii) Granting Related Relief* [Dkt. No. 133-1].

ii. *Declaration of J.D. Ivy in Support of Emergency Motion of the Debtors for an Order (i) Authorizing and Approving the Debtors' Non-insider Annual Bonus Program Pursuant to 11 U.S.C. §§ 105, 363, and 503; and (ii) Granting Related Relief* [Dkt. No. 133-2].

iii. *Emergency Motion of the Debtors to File Under Seal a Confidential Exhibit in Support of Emergency Motion of the Debtors for an Order (i) Authorizing and Approving the Debtors' Non-insider Annual Bonus Program Pursuant to 11 U.S.C. §§ 105, 363, and 503; and (ii) Granting Related Relief* [Dkt. No. 140].

iv. Witness and Exhibit List for December 27, 2019 Hearing [Dkt. No. 141].

**Status**: This matter is going forward.

2. *Emergency Motion of the Debtors to File Under Seal a Confidential Exhibit in Support of Emergency Motion of the Debtors for an Order (i) Authorizing and Approving the Debtors' Non-insider Annual Bonus Program Pursuant to 11 U.S.C. §§ 105, 363, and 503; and (ii) Granting Related Relief* [Dkt. No. 140].

**Responses**:

i. None.

**Related Documents**:

i. List of Bonus-Eligible Employees and Salary and Bonus Information (Sealed) [Dkt. No. 140-1].[2]

**Status**: This matter is going forward.

*[remainder of the page intentionally left blank]*

---

[2] The Debtors provided an unredacted copy of this document to the United States Trustee.

Dated: December 26, 2019
        Houston, Texas

Respectfully submitted,

**THOMPSON & KNIGHT LLP**

By: /s/ *David M. Bennett*
David M. Bennett
State Bar No. 02139600
Email: david.bennett@tklaw.com
1722 Routh St., Suite 1500
Dallas, TX 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

and

Demetra L. Liggins
State Bar No. 24026844
Email: demetra.liggins@tklaw.com
Anthony F. Pirraglia
State Bar No. 24103017
Email: anthony.pirraglia@tklaw.com
811 Main Street, Suite 2500
Houston, TX 77002
Telephone: (713) 654-8111
Facsimile: (713) 654-1871

**PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**