IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| APPROACH RESOURCES INC., *et al.*, | § § | Case No. 19-36444 (MI) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | |

## NOTICE OF RECEIPT OF LETTER

**PLEASE TAKE NOTICE THAT** on January 17, 2020, the Debtors received the attached letter addressed to the United Stated Bankruptcy Court for the Southern District of Texas.

**PLEASE TAKE FURTHER NOTICE THAT** copies of this notice, and other documents filed in the above-captioned bankruptcy cases, are available free of charge at https://dm.epiq11.com/case/approachresources/info.

*[remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Approach Resources Inc. (4817); Approach Midstream Holdings LLC (4122); Approach Oil & Gas Inc. (7957); Approach Operating, LLC (1981); Approach Delaware, LLC (7483); Approach Services, LLC (3806); and Approach Resources I, LP (5316). The Debtors' mailing address is One Ridgmar Centre, 6500 West Freeway, Suite 900, Fort Worth, Texas 76116.

**DATED:** January 17, 2020
Houston, Texas

          Respectfully submitted,

          **THOMPSON & KNIGHT LLP**

          By: */s/ David M. Bennett*
          David M. Bennett
          State Bar No. 02139600
          Email: david.bennett@tklaw.com
          1722 Routh St., Suite 1500
          Dallas, TX 75201
          Telephone:  (214) 969-1700
          Facsimile:  (214) 969-1751

          and

          Demetra L. Liggins
          State Bar No. 24026844
          Email: demetra.liggins@tklaw.com
          Anthony F. Pirraglia
          State Bar No. 24103017
          Email: anthony.pirraglia@tklaw.com
          811 Main Street, Suite 2500
          Houston, TX 77002
          Telephone:  (713) 654-8111
          Facsimile:  (713) 654-1871

          **COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**