IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| APPROACH RESOURCES INC., *et al.*, | § § § | Case No. 19-36444 (MI) |
| | § | (Jointly Administered) |
| Debtors.[1] | § § § | Re: Dkt. Nos. 165, 181, 185, 194, and 196 |

**NOTICE OF AGENDA FOR MATTERS SET ON
JANUARY 27, 2020 AT 9:00 AM (PREVAILING CENTRAL TIME)**

Approach Resources Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), file this agenda for matters set on January 27, 2020 at 9:00 a.m. (prevailing Central Time).

**1. Telephonic Status Conference Regarding Equity Representative Letters**. *Letter from Chris Kappos III, dated January 7, 2020* [Dkt. No. 181], *Letter from Chris Kappos III, dated January 9, 2020* [Dkt. No. 185], *Letter from Clarence Edward Poisson and Jon Eastman, dated January 16, 2020* [Dkt. No. 194], *and Letter from Berkay Baykal, dated January 17, 2020* [Dkt. No. 196].

**Responses**:

i. None.

**Related Documents**:

i. None.

**Status**: This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Approach Resources Inc. (4817); Approach Midstream Holdings LLC (4122); Approach Oil & Gas Inc. (7957); Approach Operating, LLC (1981); Approach Delaware, LLC (7483); Approach Services, LLC (3806); and Approach Resources I, LP (5316). The Debtors' mailing address is One Ridgmar Centre, 6500 West Freeway, Suite 900, Fort Worth, Texas 76116.

2. **Amended Pfluger Lease Motion**. *Motion of Debtors for an Order (i) Authorizing Debtors to Execute and Perform Amendment of Pfluger Lease Pursuant to Bankruptcy Code Sections 105 and 363; and (ii) Granting Related Relief* [Dkt. No. 165].

   **Responses**:

   i. None.

   **Related Documents**:

   i. *Amended Pfluger Lease* [Dkt. No. 165-1];

   ii. *Declaration of Sergei Krylov in Support of Motion of Debtors for an Order (i) Authorizing Debtors to Execute and Perform Amendment of Pfluger Lease Pursuant to Bankruptcy Code Sections 105 and 363; and (ii) Granting Related Relief* [Dkt. No. 165-3];

   iii. *Debtors' Witness and Exhibit List for January 27, 2020 Hearing* [Dkt. No. 207].

   **Status**: This matter is going forward.

*[remainder of page intentionally left blank]*

**DATED:** January 23, 2020
Houston, Texas

        Respectfully submitted,

        **THOMPSON & KNIGHT LLP**

        By:  */s/ David M. Bennett*
        David M. Bennett
        State Bar No. 02139600
        Email: david.bennett@tklaw.com
        1722 Routh St., Suite 1500
        Dallas, TX 75201
        Telephone:  (214) 969-1700
        Facsimile:   (214) 969-1751

        and

        Demetra L. Liggins
        State Bar No. 24026844
        Email: demetra.liggins@tklaw.com
        Anthony F. Pirraglia
        State Bar No. 24103017
        Email: anthony.pirraglia@tklaw.com
        811 Main Street, Suite 2500
        Houston, TX 77002
        Telephone:  (713) 654-8111
        Facsimile:   (713) 654-1871

        **COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**