IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| APPROACH RESOURCES INC., *et al.*, | § | Case No. 19-36444 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | Re: Dkt. No. 219, 221 |

**NOTICE OF AGENDA FOR MATTERS SET ON**
**FEBRUARY 14, 2020 AT 1:30 PM (PREVAILING CENTRAL TIME)**

Approach Resources Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), file this agenda for matters set on February 14, 2020 at 1:30 p.m. (prevailing Central Time).

1.   **Motion to Seal.**  *Emergency Motion of the Debtors to Seal Confidential Portions of (a) Debtors' Emergency Motion for an Order (i) Authorizing and Approving the Debtors' Key Employee Incentive Program Pursuant to 11 U.S.C. §§ 105, 363, and 503; and (ii) Granting Related Relief; and (b) the Declarations in Support of Same* [Dkt. No. 219].

   **Responses**:

   **i.**   None.

   **Related Documents**:

   **i.**   None.

   **Status**: This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Approach Resources Inc. (4817); Approach Midstream Holdings LLC (4122); Approach Oil & Gas Inc. (7957); Approach Operating, LLC (1981); Approach Delaware, LLC (7483); Approach Services, LLC (3806); and Approach Resources I, LP (5316).  The Debtors' mailing address is One Ridgmar Centre, 6500 West Freeway, Suite 900, Fort Worth, Texas 76116.

2. **KEIP Motion.** *Emergency Motion of the Debtors for an Order (i) Authorizing and Approving the Key Employee Incentive Program Pursuant to 11 U.S.C. §§ 105, 363, and 503; and (ii) Granting Related Relief* [Dkt. No. 221]**.**

   **Responses**:

   i.   None.[2]

   **Related Documents**:

   i.   None.

   **Status**: This matter is going forward.

*[remainder of page intentionally left blank]*

---

[2] The U.S. Trustee has indicated they plan to object, but has not done so as of the deadline to file this agenda. The Debtors will update this agenda if the U.S. Trustee files an objection.

**DATED:** February 13, 2020
Houston, Texas

Respectfully submitted,

**THOMPSON & KNIGHT LLP**

By: */s/ David M. Bennett*
David M. Bennett
State Bar No. 02139600
Email: david.bennett@tklaw.com
1722 Routh St., Suite 1500
Dallas, TX 75201
Telephone:  (214) 969-1700
Facsimile:   (214) 969-1751

and

Demetra L. Liggins
State Bar No. 24026844
Email: demetra.liggins@tklaw.com
Anthony F. Pirraglia
State Bar No. 24103017
Email: anthony.pirraglia@tklaw.com
811 Main Street, Suite 2500
Houston, TX 77002
Telephone:  (713) 654-8111
Facsimile:   (713) 654-1871

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**