IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CHAPTER 11 |
| APPROACH RESOURCES INC., *et al.*, | § § | CASE NO. 19-36444 (MI) |
| | § | |
| Debtors.[1] | § § | (Jointly Administered) |

---

**NOTICE OF AGENDA FOR MATTERS SET ON**
**MARCH 4, 2020 AT 1:30 PM (PREVAILING CENTRAL TIME)**

Approach Resources Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), file this agenda for matters set on March 4, 2020 at 1:30 p.m. (prevailing Central Time).

1.  **Sale Hearing**. *Debtors' Motion For (i) Entry Of An Order Approving (a) Bid Procedures; (b) The Form And Manner Of Notice; (c) The Procedures For Determining Cure Amounts For Executory Contracts And Unexpired Leases; And (ii) Entry Of An Order Approving (A) The Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests; And (b) The Assumption And Assignment Of Certain Contracts And Unexpired Leases* [Dkt. No. 100]

    **Responses**:

    a.  *Letter from Chris Kappos III, dated January 28, 2020* [Dkt. No. 222];

        i.   **Status:** This matter is not moving forward. Movant never noticed interested parties and filed a certificate of service as directed by the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Approach Resources Inc. (4817); Approach Midstream Holdings LLC (4122); Approach Oil & Gas Inc. (7957); Approach Operating, LLC (1981); Approach Delaware, LLC (7483); Approach Services, LLC (3806); and Approach Resources I, LP (5316). The Debtors' mailing address is One Ridgmar Centre, 6500 West Freeway, Suite 900, Fort Worth, Texas 76116.

b. Limestone County's *Objection To The Debtors' Order Approving (a) Bid Procedures; (b) The Form And Manner Of Notice; (c) The Procedures For Determining Cure Amounts For Executory Contracts And Unexpired Leases; And (d) Granting Related Relief* [Dkt. No. 275];

    i. **Status:** This matter is not moving forward; objection resolved and withdrawn.

        A. *Withdrawal Of Limestone County's Objection To Debtors' Order Approving (a) Bid Procedures; (b) The Form And Manner Of Notice; (c) The Procedures For Determining Cure Amounts For Executory Contracts And Unexpired Leases; And (d) Granting Related Relief* [Dkt. No. 290];

c. FE One Ridgmar Centre, L.P.'s *Objection to Debtors' Proposed Cure Amount* [Dkt. No. 291]

    i. **Status:** This matter is not moving forward on March 4, 2020. Contract of FE One Ridgmar Centre, L.P. is not being assumed at this time.[2]

**Related Documents**:

a. *Notice of Prevailing Purchaser and Auction Cancellation* [Dkt. No. 274];

b. *Supplemental Notice of Executory Contracts and Unexpired Leases Which May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection With the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto* [Dkt. No. 277];

c. *Second Supplemental Notice of Executory Contracts and Unexpired Leases Which May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection With the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto* [Dkt. No. 282];

d. *Notice of Amended Proposed Order Approving (a) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (b) the Assumption and Assignment of Certain Contracts and Unexpired Leases*;

e. *Declaration of Alexander Svoyskiy in Support of Sale of Substantially All Assets to Alpine Energy Acquisitions, LLC*; and

---

[2] The Debtors reserve all rights to assume or reject this contract at a later date in accordance with applicable law.

f. *Declaration of Sergei Krylov in Support of Sale of Substantially All Assets to Alpine Energy Acquisitions, LLC*.

**DATED:** March 3, 2020
Houston, Texas

Respectfully submitted,

**THOMPSON & KNIGHT LLP**

By:   */s/ David M. Bennett*
David M. Bennett
State Bar No. 02139600
Email: david.bennett@tklaw.com
1722 Routh St., Suite 1500
Dallas, TX 75201
Telephone:  (214) 969-1700
Facsimile:   (214) 969-1751

and

Demetra L. Liggins
State Bar No. 24026844
Email: demetra.liggins@tklaw.com
Anthony F. Pirraglia
State Bar No. 24103017
Email: anthony.pirraglia@tklaw.com
811 Main Street, Suite 2500
Houston, TX 77002
Telephone:  (713) 654-8111
Facsimile:   (713) 654-1871

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**